UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

NOTICE TO COUNSEL: COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>In the Matter of the Complaint of Bruce Germain, as owner of the motor vessel GAME DAY, a 1990, 38 foot recreational vessel, for Exoneration from or | **DISTRICT**<br>NDNY (Syracuse) | **DOCKET NUMBER**<br>14-cv-01013 |
| | **JUDGE**<br>Brenda K. Sannes | **APPELLANT**<br>Bruce Germain |
| | **COURT REPORTER**<br>None. | **COUNSEL FOR APPELLANT**<br>James E. Mercante |

Check the applicable provision:
- [ ] I am ordering a transcript.
- [✓] I am not ordering a transcript

Reason for not ordering a transcript:
- [ ] Copy is already available
- [✓] No transcribed proceedings
- [ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

No oral arguments conducted. No transcript available.

METHOD OF PAYMENT  [ ] Funds   [ ] CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Not applicable.

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE<br>James E. Mercante | DATE<br>March 19, 2014 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.
Not applicable.

| DATE ORDER RECEIVED<br>Not applicable. | ESTIMATED COMPLETION DATE<br>Not applicable. | ESTIMATED NUMBER OF PAGES<br>Not applicable. |
|---|---|---|
| SIGNATURE OF COURT REPORTED<br>Not applicable. | | DATE<br>Not applicable. |

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT, | |
| - of - | Docket No.: 15-665 |
| BRUCE GERMAIN, as owner of the motor vessel GAME DAY, a 1990, 38 foot recreational vessel, for Exoneration from or Limitation of Liability, | **CERTIFICATION OF NO TRANSCRIPT** |
| *Petitioner*. | |

I, **JAMES E. MERCANTE**, hereby certify that no transcript will be ordered on this matter, because no oral arguments were made before the United Stated District Court, Northern District of New York, and no transcript of the proceedings exists.

Dated: New York, New York
       March 19, 2015

By: _____
James E. Mercante
*Attorneys for Petitioner - Appellant,*
*Bruce Germain*

**RUBIN, FIORELLA & FRIEDMAN LLP**
630 Third Avenue, 3rd Floor
New York, NY 10017
Tel: 212-953-2381
Fax: 212-953-2462
E-Mail: jmercante@rubinfiorella.com
Our File No.: 0174.28354